# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIE DORSEY

NO. 2019 KW 1670

MAR 1 3 2020

---

In Re:   Willie Dorsey, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 07-CR8-097362.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

> JMM
> MRT
> WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT